## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

### MOTION INFORMATION STATEMENT

Docket Number(s): __24-868__

Caption [use short title]

Motion for: withdraw of appeal

Spartan Business Solutions LLC v. Marquis Cattle Company Inc. et al.

Set forth below precise, complete statement of relief sought:

order granting motion to withdraw appeal

MOVING PARTY: MCC Trucking LLC, Marquis Cattle Company Inc., Montana Mountain Bison, Inc., Marquis Cattle Company Inc., M Hanging 6 Ranch LLC and Cory Marquis

OPPOSING PARTY: Spartan Business Solutions LLC

☐ Plaintiff  ☒ Defendant

☒ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: Brian Lehman

OPPOSING ATTORNEY: Steven W. Wells

[name of attorney, with firm, address, phone number and e-mail]

Brian Lehman, Esq.

Wells Law P.C.

530 85th Street, Brooklyn, NY 11209

229 Warner Road Lancaster, NY 14086

929-340-1543 brianlehman97@gmail.com

(716) 983-4750 steve@wellspc.com

Court- Judge/ Agency appealed from: Western District of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☒ Yes  ☒ No

Requested return date and explanation of emergency: not applicable

no emergency relief requested.

Request for relief was not sought below.

Relief has not been previously sought.

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

Signature of Moving Attorney:

_Brian Lehman_____ Date: June 12, 2024  Service: ☒ Electronic  ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

United States Court of Appeals
for the Second Circuit
--------------------------------------------------------X
SPARTAN BUSINESS SOLUTIONS LLC
D/B/A SPARTAN CAPITAL,

     *Plaintiff-Appellee*,

No. 24-868

    -- against –

MARQUIS CATTLE COMPANY INC.;
D/B/A MARQUIS CATTLE COMPANY;
MONTANA MOUNTAIN BISON, INC.;
MCC TRUCKING LLC;
M HANGING 6 RANCH LLC D/B/A PUMP'T;
MARQUIS CATTLE INC.; and
CORY SHANNON MARQUIS,

     *Defendants-Appellants*.
--------------------------------------------------------X

## Motion to Withdraw Appeal

Defendants-Appellants hereby move to withdraw the appeal on the ground that they no longer seek to have the case removed to federal court and, therefore, the appeal of the District Court's motion to remand to state court is moot. Defendants-Appellants respectfully request that this Court enter an order dismissing the appeal.

The undesigned counsel for Defendants-Appellants has notified opposing counsel; opposing counsel does not oppose the motion to withdraw the appeal; and opposing counsel does not intend to file a response to this motion.

Dated:  Brooklyn, NY
June 12, 2024

/s/ *Brian Lehman*
Brian Lehman
530 85th Street
Brooklyn, NY
929-340-1543
*Attorney for Defendants-Appellants*